# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Eddie Clay Golson, *Plaintiff* v. Joy Campbell *Individual and Official Capacity*; Tammy Way *Individual and Official Capacity*; Brian P. Sterling *Individual and Official Capacity*, *Defendants* | ) Civil Action No.  1:19-cv-02477-MBS ) ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Eddie Clay Golson, shall take nothing of the defendants, Joy Campbell *Individual and Official Capacity*, Tammy Way *Individual and Official Capacity* and Brian P. Sterling *Individual and Official Capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, concurring with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date: March 3, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*